IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JARRARD VANDELL JOHNSON, | : | |
| Plaintiff | : | |
| VS. | : | |
| Nurse JACKIE RICHARDS, | : | NO. 1:06-cv-78(WLS) |
| Defendant | : | **ORDER TO SUPPLEMENT** |

Plaintiff **JARRARD VANDELL JOHNSON**, an inmate at the Ben Hill County Jail in Fitzgerald, Georgia, has filed a *pro se* complaint to the Court which the Clerk docketed as an action under 42 U.S.C. § 1983.

## I. MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff also seeks leave to proceed without prepayment of the $350.00 filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). Based on plaintiff's submissions, the Court finds that plaintiff is unable to prepay the filing fee. Accordingly, the Court **GRANTS** plaintiff's motion to proceed *in forma pauperis* and waives the initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1).

It is hereby **ORDERED** that plaintiff's custodian or his designee shall set aside twenty percent (20%) of all deposits made to plaintiff's trust fund account and forward those funds to the Clerk each time the amount set aside exceeds $10.00, until the $350.00 filing fee has been paid in full. 28 U.S.C. § 1915(b)(2). The Clerk of Court is directed to send a copy of this order to the business manager and the warden of the institution where plaintiff is incarcerated.

## II. BACKGROUND

The gravamen of plaintiff's complaint is that Nurse Richards has not provided plaintiff with adequate medical care for his unspecified skin and perhaps foot problems. Specifically, plaintiff alleges that on May 1, 2006, Nurse Richards discontinued his unidentified medication and that he "later had a great deal of related issues from the removal of the medicine."

After reviewing plaintiff's complaint, the Court finds that additional information is needed before a proper evaluation of his claims can be made. Accordingly, plaintiff is instructed to supplement his complaint by explaining:

(1) the specific nature of his skin and, if applicable, foot problems;

(2) the specific medication he is seeking from officials at the Ben Hill County Jail;

(3) why he believes his condition requires this medication;

(4) the exact dates on which he was denied this medication;

(5) the reason, if any, given to plaintiff for discontinuing his medication;

(6) whether he received any medical treatment, including any alternative medications; and

(7) state the present condition of his skin and foot problems, including all symptoms that he is still experiencing.

Plaintiff is hereby given thirty (30) days from receipt of this order to submit a supplement to his complaint, limited to this claim only. No other claims will be considered. If plaintiff fails to respond to this order in a timely manner, this action shall be dismissed. There shall be **no service of process** until further order of the Court.

**SO ORDERED**, this 8th day of June, 2006.

                                      */s/ Richard L. Hodge*
                                      RICHARD L. HODGE
                                      UNITED STATES MAGISTRATE JUDGE